IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDON BRINEGAR,

    Plaintiff,

v.	CASE NO: 6:16-CV-432-Orl-31GJK

DITECH FINANCIAL LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Brandon Brinegar, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a settlement of this matter and this action may be withdrawn from the two week trial period beginning September 5, 2017. Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

Respectfully submitted this 31st day of March, 2017.

    /s/ *Jared M. Lee*
    Jared M. Lee, Esquire
    Florida Bar No.: 0052284
    Morgan & Morgan, Tampa, P.A.
    20 N. Orange Avenue, Suite 1600
    Orlando, FL 32801
    Tele: (407) 420-1414
    Fax: (407) 245-3485
    Email: JLee@ForThePeople.com
           MRathbun@ForThePeople.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 31st day of March, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

Brandon T. White, Esquire
Florida Bar No. 106792
Locke Lord, LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719
Email:  brandon.white@lockelord.com
*Counsel for Defendant*

    */s/ Jared M. Lee*
Jared M. Lee, Esquire